To: The Honorable Robert J. Conrad, Jr.
U.S. District Court Judge

From: Chelsey Padilla
U.S. Probation Officer

Subject: Joseph Allen Hillard
Case Number: 0419 3:07CR00134-001
OUT-OF-COUNTRY TRAVEL

Date: 2/15/2017

FILED
CHARLOTTE, NC

FEB 17 2017

US District Court
Western District of NC

NORTH CAROLINA WESTERN
MEMORANDUM

---

Joseph Allen Hillard was convicted for Transportation or Shipment of Materials in Interstate or Foreign Commerce Depicting Minors Engaged in Sexually Explicit Conduct (Class C Felony) and Possession of Materials Mailed, Shipped, or Transported in Interstate or Foreign Commerce Depicting Minors Engaged in Sexually Explicit Conduct (Class C Felony). He was sentenced by your honor on June 9, 2008, to eighty-seven (87) months imprisonment followed by ten (10) years of supervised release.

Mr. Hillard is currently being supervised in the Middle District of North Carolina. He has requested permission to travel internationally with his girlfriend to France, England and Germany on December 13th through December 28th. As the Western District of North Carolina does not recommend approval of this travel for a registered sex offender with his convictions; his supervising officer, Danielle Cook, has no objections and reports that he has had no known violations since his supervision commenced on October 9, 2014. Mr. Hillard is scheduled to complete sex offender treatment in April of 2017.

Thank you for your time and attention to this matter. Please do not hesitate to contact Officer Danielle Cooke at 704-212-6175, should you have any questions.

---

THE COURT ORDERS:

☐ Permission to Travel Approved
☒ Permission to Travel Denied
☐ Other

Signed: February 15, 2017

Robert J. Conrad, Jr.
United States District Judge